HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
linda_allison@fd.org

Attorney for Defendant
VANESSA J. SOLORZANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:19-po-156 JDP |
| Plaintiff, | |
| v. | **WAIVER OF PERSONAL APPEARANCE; AND REQUEST TO APPEAR BY VIDEO CONFERENCE** |
| VANESSA J. SOLORZANO, | |
| Defendant. | Date: June 26, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Jeremy D. Peterson |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant, VANESSA J. SOLORZANO, having been advised of her right to be present at all stages of proceedings, hereby requests this Court permit her to waive her right to personally appear for her Initial Appearance and be allowed to appear via video conference from the United States District Court in Santa Ana, California. Ms. Solorzano agrees that her interests shall be represented at all times by the presence of her attorney, Assistant Federal Defender Linda Allison, the same as if she were personally present, and requests that this Court allow her attorney-in-fact to represent her interests at all times. The government has no objection to this request.

Ms. Solorzano respectfully request this Court grant a waiver of her right and obligation to be personally present at the Initial Appearance and that she be permitted to appear via video conference from the United States District Court in Santa Ana, California. Travel to Yosemite National Park represents a financial hardship.

-1-

|  |  |
|---|---|
| Dated: June 19, 2019 | Respectfully Submitted,<br><br>HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Matthew C. Bockmon*<br>MATTHEW C. BOCKMON<br>Assistant Federal Defender<br>Attorney for FRANCESCO MATINATA<br><br>McGREGOR SCOTT<br>United States Attorney |
| Dated: June 19, 2019 | */s/ Linda C. Allison for S. St. Vincent*<br>SUSAN ST. VINCENT<br>Legal Officer |

**O R D E R**

**GOOD CAUSE APPEARING**, the above request for defendant's waiver of personal appearance and request to appear via video conference from the United States District Court in Santa Ana, California for her Initial Appearance on June 26, 2019 at 10:00 a.m. is hereby accepted and adopted.

IT IS SO ORDERED.

Dated:   June 20, 2019

UNITED STATES MAGISTRATE JUDGE